United States District Court
Southern District of Texas

**ENTERED**

September 23, 2021
Nathan Ochsner, Clerk

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| DEV RAMACHANDRAN, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | |
| CHASWARE GROUP, LLC D/B/A | § | CIVIL ACTION No. 4:20-CV-03497 |
| PATIENT ACCOUNTING SERVICE | § | |
| CENTER, LLC D/B/A GETIXHEALTH, | § | |
| LLC; TRIVEST PARTNERS, LLC; | § | |
| CHARLES BRACKEN, Individually, and | § | |
| KEVIN LONERGAN, Individually, | § | |
| | § | |
| Defendants. | § | |

### ORDER OF DISMISSAL WITH PREJUDICE

Before the Court is Plaintiff Dev Ramachandran and Defendants Chasware Group, LLC, Patient Accounting Service Center, LLC d/b/a GetixHealth, LLC, Trivest Partners LP, Charles Bracken, and Kevin Lonergan's (collectively, the "Parties") Joint Stipulation of Dismissal with Prejudice. After considering the Stipulation and agreement of the Parties, the Court

ORDERS that all claims in this lawsuit are hereby DISMISSED WITH PREJUDICE. All costs of court, attorneys' fees and expenses shall be borne by the party incurring the same.

Sept 23.2021

_____
Date

_____
The Honorable Vanessa D. Gilmore
United States District Judge

ORDER OF DISMISSAL WITH PREJUDICE